UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ ILAW, <br> Plaintiff, <br> v. <br> LUCY H. KOH, <br> Defendant. | Case No. 20-cv-03836-EMC <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** <br><br> Docket No. 17 |

On August 5, 2020, this Court adopted the Report and Recommendation of Judge Spero, granting Miguel Ilaw's *in forma pauperis* application and dismissing his complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). *See* Docket Nos. 9 ("R&R"), 15. Prior to the Court's adoption of Judge Spero's R&R, Mr. Ilaw filed a first amended complaint. *See* Docket No. 14. Thus, in the Court's order adopting the R&R, the Court also assessed the viability of Mr. Ilaw's first amended complaint and concluded that it suffered from the same problems identified by Judge Spero regarding the original complaint: (1) res judicata applies, (2) Mr. Ilaw's claims against Judge Koh are barred by the doctrine of judicial immunity, and (3) his Complaint also fails to allege sufficient factual allegations to support a claim under either § 1983 or § 1985. Accordingly, it dismissed the amended complaint with leave to amend and permitted Mr. Ilaw one more opportunity to cure the deficiencies in his claims. *See* Docket No. 15.

The very next day, Mr. Ilaw filed a second amended complaint. *See* Docket No. 17. However, the second amended complaint is almost completely identical to the first amended complaint. The primary modifications are deletions of a few words, minor typographical changes, and the removal of several sentences (some in Filipino) which had little relationship to the

adequacy (or inadequacy) of his factual allegations.  These changes do nothing to cure the deficiencies in Mr. Ilaw's earlier complaints.  The problems of res judicata, judicial immunity, and failure to state a claim under either § 1983 or § 1985 still loom large on the face of Mr. Ilaw's second amended complaint.

Accordingly, Mr. Ilaw's complaint is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: August 12, 2020

_____
EDWARD M. CHEN
United States District Judge